

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-20-00544-CR

**EX PARTE** Jorge Amezcua **TREVIÑO**

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. CM074888
Honorable Jefferson Moore, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, we grant the State's motion for rehearing, withdraw our May 19, 2021 opinion and judgment, and substitute this opinion and judgment in their stead.

We reverse the trial court's ruling denying bond, but we deny Treviño's request to set bond. The cause is remanded for proceedings consistent with our opinion.

SIGNED September 15, 2021.

_____
Patricia O. Alvarez, Justice